**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In Re:   LaTonya Denise Jackson            Case No. 16-74236-SCS
                                                                       Chapter 13

**********************************
COASTAL CREDIT, L.L.C., Movant

vs.

LaTonya Denise Jackson, Debtor
aka LaTonya D Jackson
R. Clinton Stackhouse, Jr., Trustee
                 Respondent(s)

NOTICE OF TERMINATION OF AUTOMATIC STAY AND
AFFIDAVIT OF DEFAULT

Comes now Dinh Ngo, Esq., attorney for the Movant, COASTAL CREDIT, L.L.C., and certifies that:

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered May 11, 2017 in the following manner:

The Debtor has failed to make the regular monthly payments in the amount of $389.72 each for the months of October 2017 through March 2018. **The total amount due including legal fees is $2,237.79**; this figure includes attorney's fees in the amount of $100.00 and is less a suspense balance of $200.53.

Pursuant to the terms and conditions of the Order, the Movant notified the Debtor and their attorney of the default by letter dated February 23, 2018 but the Debtor failed to cure the default.

Under the provisions of the Consent Order, the Creditor request the court terminate the stay of Section 362 (a) and permit the Movant to resume the sale pursuant to its Retail

Installment Sale Contract, and secured by the vehicle of the Debtor: **2008 Honda Accord VIN: LHGCP26838A133313**. The Consent Order applies to proceedings for possession of the collateral after the sale.

I solemnly swear under the penalties of perjury that the foregoing is true to the best of my knowledge, information and belief.

Signed and mailed this 14th day of March, 2018.

                              Respectfully submitted:

                              /s/ Dinh Ngo    [dn 3/14/18]
                              Attorney for Movant
                              McCabe, Weisberg & Conway, LLC
                              312 Marshall Avenue
                              Suite 800
                              Laurel, MD 20707
                              301-490-1196
                              Bar No. 85661

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on March 14, 2018, to:

LaTonya Denise Jackson
533 Track Crossing
Chesapeake, VA 23320

Copies will be sent electronically via the CM/ECF system to John Edwin Bedi, Esq., Attorney for Debtor and R. Clinton Stackhouse, Jr., Trustee.

                              /s/ Dinh Ngo, Esq.